UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD NAVARRO<br><br>Plaintiff(s)<br>v.<br>SMILEDIRECTCLUB, INC., et al.,<br><br>Defendant(s). | Case No. C 22-cv-00095<br><br>CONSENT OR DECLINATION<br>TO MAGISTRATE JUDGE<br>JURISDICTION |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 1/20/2022

NAME: Michael D. Meuti

COUNSEL FOR (OR "PRO SE"): SmileDirectClub, LLC, SmileDirectClub, Inc., and Jeffrey Sulitzer

/s/ Michael D. Meuti
*Signature*

Krista Enns (SBN: 206430)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, CA  94111
Telephone:     628-600-2241
kenns@beneschlaw.com

Michael Dominic Meuti (SBN:  227939)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH  44114-2378
Telephone:     216.363.4500
Facsimile:      216.363.4588
mmeuti@beneschlaw.com

Erin N. Baldwin (*Pro Hac Vice forthcoming*)
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street, Suite 2600
Columbus OH 43215-6164
Telephone:     614.223.9300
Facsimile:      614.223.9330
enbaldwin@beneschlaw.com

*Attorneys for Defendants SmileDirectClub, Inc., SmileDirectClub, LLC., and Jeffrey Sulitzer*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ARNOLD NAVARRO, *on behalf of himself and others similarly situated* <br><br> Plaintiff, <br><br> v. <br><br> SMILEDIRECTCLUB, INC.; SMILEDIRECTCLUB, LLC; JEFFREY SULITZER; DOES 1–10 <br><br> Defendants. | **C.A. NO. 3:22-CV-00095-JCS** <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Lisa Raymond, am a resident of the State of Ohio, over the age of eighteen (18) years, and not a party to the within action. My business address is Benesch, Friedlander, Coplan & Aronoff LLP, 200 Public Square, Suite 2300, Cleveland, OH 44120.

On January 20, 2022, I served the following document:

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURSIDICTION

on the parties listed in the below service list to the within action as follows:

☒ (BY ELECTRONIC SERVICE) Service was accomplished through the Court's Electronic Filing System.

☐ (BY U.S. MAIL) On the same date, at my place of business above. Copy enclosed in a sealed envelope, with postage thereon fully prepaid, addressed as shown on the attached service list, was placed for collection and mailing following the usual business practice for collection and processing of correspondence for mailing with the United States Postal Service.

☐ (BY OVERNIGHT DELIVERY) On the same date, I placed the Federal Express package for overnight delivery in a box or location regularly maintained by Federal Express at my office or I delivered the package to an authorized courier or driver authorized by Federal Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown on the attached service list, as las given by that person on any document filed in the cause, otherwise at that party's place of residence.

Blake J. Lindemann, Esq.
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
blake@lawbl.com
Attorney *for Plaintiff*

The document(s) listed above was (were) placed in a sealed envelope, with postage thereon fully prepaid, addressed as shown on the attached service list, was placed for collection and mailing following the usual business practice for collection and processing of correspondence for mailing with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 20, 2022, at Cleveland, Ohio.

*Lisa Raymond*
Lisa Raymond