1  **LINDEMANN LAW FIRM, APC**
   BLAKE J. LINDEMANN, SBN 255747
2  DONNA R. DISHBAK, SBN 259311
   433 N. Camden Drive, 4th Floor
3  Beverly Hills, CA 90210
   Telephone:  (310) 279-5269
4  Facsimile:   (310) 300-0267
   E-Mail:      blake@lawbl.com

*Attorneys for Plaintiff and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD NAVARRO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC.; SMILEDIRECTCLUB, LLC, and JEFFREY SULITZER; DOES 1–10,<br><br>Defendants. | Case No. 3:22-cv-00095-WHO<br><br>Judge: Hon. William H. Orrick<br><br>**DECLARATION OF ARNOLD NAVARRO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Date:        March 30, 2022<br>Time:       2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:       Hon. William H. Orrick<br><br>Date Removed: January 6, 2022 |

I, Arnold Navarro, declare and state as follows:

1. I am one of the plaintiffs in the proposed class action against Defendants. I make the declaration in opposition to the Defendants' Motion to Compel Arbitration. I am familiar with the facts contained in the declaration. I have personal knowledge of the within facts. If asked, I can prove these facts completely.

2. I have read the Original Complaint filed in this Action, and have authorized the law firm of Lindemann Law Firm, APC to file it with the Court.

3. I enrolled on a website to receive patient services. The enrollment process did not put me on notice of an arbitration policy. I was not provided with any version of a website that suggested I would be agreeing to arbitration by enrolling, no version of any rules of the American Arbitration Association were provided to me, nor was I told by the medical service providers providing patient care that any dispute would be subject to arbitration.

4. I now understand that there is a generic document of which purportedly reflects "agreement to arbitrate" at page nine of the document. Now that I am reading the materials, I still do not know how this untitled document can possibly be agreement to an arbitration. I also notice that the agreement to arbitrate is unilateral, and specifically, Smile Direct is not required to arbitrate any disputes. I also notice that the arbitration provision only allows me to submit a claim for "damages" as a patient. This suggests to me I am entitled to no other relief.

5. Through this action, I am pursuing injunctive relief in that I seek rescission and cancellation of documents forming my participation in the unauthorized practice of dentistry enterprise, which include invoices and all contracts constituting my enrollment, and the return of such amounts I have paid by virtue of being a participant in the unauthorized practice of dentistry enterprise. The Defendants continue their same business practices to this day, and they are likely to continue their business practices into the future if a legal action does not address these business practices. Injunctive relief is brought, and requested on behalf of the general public.

6. All documents I have from my file with my enrollment include no arbitration provision. Those records and documents are attached hereto as **Ex. 4**.

7. The medical services were provided to me on a take it or leave it basis. The Defendants have represented themselves as a cutting edge company and wealth company. I am an ordinary consumer. Defendants have superior bargaining power based on their size, apparent social status, and its network of individuals. For all the reasons stated in this declaration and the submitted opposition to motion, the contract is illegal, against public policy, oppressive, and unreasonable.

Pursuant to 28 U.S.C. § 1746, I, Arnold Navarro, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this day of February 14, 2022 in Los Angeles, California.

_____
ARNOLD NAVARRO

# EXHIBIT 4



# UNDERSTANDING YOUR AGREEMENT

**This addendum reflects the final pricing for your aligners.**

Below you will see an addendum to your original agreement. The reason we are sending you an addendum is to update the terms and conditions of your SmilePay™ program as required by regulations. The terms and conditions of the original agreement were modified based on either a change in your finance amount, the date of your first payment or the account you are using to pay your monthly payments. We want you to understand your agreement and are happy to help by answering any questions you may have. Feel free to contact us should you need further information at (877) 874-3877 or support@healthcarefinancedirect.com..

Remember you can always save by paying your account in full and you can change your payment method by visiting our customer portal at https://customer.healthcarefinancedirect.com.

## ADDENDUM TO RETAIL INSTALLMENT CONTRACT

**Patient/Borrower Information**

_____
First Name                       Last Name                          MI

==The purpose of this Addendum is to modify one or more terms or conditions of the RETAIL INSTALLMENT CREDIT SALE CONTRACT dated== _____, _____

Creditor: SmileDirectClub  414 Union St.  Suite 800  Nashville  TN  37219

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | FINANCE CHARGE  The total dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. | Total Sale Price  The total cost of your purchase on credit, including your down payment of $_____ |
|---|---|---|---|---|

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
|  |  |  |
|  |  |  |

Itemization of the Amount Financed of $_____
$_____ Cash Price of Services

### TERMS AND CONDITIONS

On this date of _____, _____, for valuable consideration received, the undersigned Buyer and/or Co-Buyer (hereinafter collectively referred to as "Buyer"), jointly and severally unconditionally promise(s) to pay for services provided by SmileDirectClub ("Provider") on behalf of its affiliates the sum of $_____, plus a finance charge at an annual rate of _____%. Payments are made to **Healthcare Finance Direct, LLC** ("HFD") as payment processor for SmileDirectClub. Your payment will appear on your statement as HFD-SmileDirectClub.

**Monthly Payment Using Bank Account**

Depository Institution:_____ ABA Routing Number: _____
Account Number: _____

**Monthly Payment Using Card**

Card Type: ☐ Credit   ☐ Debit   ☐ HSA/FSA   Card Number: _____
Name on the Card: _____



# ORIGINAL CONTRACT

Below is your original retail installment contract. The addendum above supersedes information in agreement below. Please see addendum above for payment plan details.

Feel free to contact us should you need further information at (877) 874-3877 or support@healthcarefinancedirect.com..

# RETAIL INSTALLMENT CREDIT SALE CONTRACT
### This is a consumer credit transaction –Subject to State Regulation
### Buyer Copy

**Buyer Information**

_____-___
First Name         Last Name            MI

_____
Present Address    City      State    Zip

_____  _____  _____
Primary Phone Number  Work Number      Date of Birth

***-**-_____  _____
Social Security Number   E-mail Address

**Co-Buyer Information** (If Applicable)

-_____-
First Name         Last Name            MI

_____
Present Address    City      State    Zip

_____  _____  _____
Primary Phone Number  Work Number      Date of Birth

***-**-_____  _____
Social Security Number   E-mail Address

Creditor: SmileDirectClub   414 Union St Suite 800   Nashville  TN  37219

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | FINANCE CHARGE  The total dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. | Total Sale Price  The total cost of your purchase on credit, including your down payment of $_____ |
|---|---|---|---|---|
|  | $ | $ | $ | $ |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
|  | $ |  |
|  | $ |  |

**Late Fee:** If a payment is late, you will be charged a fee of $25.

**Prepayment:** If you pay off early, you will not have to pay a penalty.

See your contract documents for any additional information about nonpayment, default, required repayments in full before the scheduled date, and prepayment refunds and penalties.

Itemization of the Amount Financed of $_____

$_____ Cash Price of Services

*Please review the Terms and Conditions prior to signing.*

**RETAIL INSTALLMENT CREDIT SALE CONTRACT   (CA)**                                         **PAGE 1 of 3**
758-001  49572.2

**TERMS AND CONDITIONS**

On this date of _____, _____, for valuable consideration received, the undersigned Buyer and/or Co-Buyer (hereinafter collectively referred to as "Buyer"), jointly and severally unconditionally promise(s) to pay for services provided by _____ (**"Provider"**) on behalf of its affiliates the sum of $_____ plus a finance charge at an annual rate of _____%. Payments are made to **Healthcare Finance Direct, LLC** ("HFD") as payment processor for Provider.

**Monthly Payment Amounts**. Buyer understands and agrees that he/she shall make monthly payments according to the payment schedule above.

**Relationship of Parties.** Buyer acknowledges and agrees that HFD is not a lender but rather the payment processing service provider of Provider.

**Account Service Fees.**

___AN___  _____  **Late Fee**. In the event that a payment due under this Contract is not made within fifteen (15) days of the scheduled
**Buyer Initials**  **Co-Buyer Initials**  Payment Date, as set forth herein, the Buyer shall pay a late fee of $25.

___AN___  _____  **Returned Item Fee**. In the event that a check or other form of payment is returned for insufficient funds, or for any other
**Buyer Initials**  **Co-Buyer Initials**  reason, HFD will charge the Buyer a returned item fee of $25.

**Monthly Statements.** Buyer agrees that he/she will not receive a monthly statement, payments will be made via automatic withdrawal from Buyer's bank account, debit card or credit card, and these withdrawals will appear on Buyer's bank, debit card or credit card statement. Written statements of Buyer's account balance can be provided upon written request.

**Changes to this Contract**. Any changes to this Contract, other than the amount owed, must be approved by and between the Buyer and Provider and submitted to HFD in writing by Provider. No oral modifications will be effective or accepted. If there is a reduction to the amount owed under this Contract, this will be made solely by notifying the Buyer of the reduction. If there is an increase to the amount owed under this Contract, this will be made by obtaining the written consent of the Buyer and Provider using the Addendum form. It may take as many as 5 days for such changes to take effect. While modifications are being processed, the Buyer will remain responsible for any charges under this Contract.

**Assignment.** Buyer agrees that he/she shall not assign or transfer his/her rights or obligations under this Contract. Buyer agrees that Provider may assign its rights under this Contract at any time and any assignment shall be binding and inure to the benefit of all of the respective legal representatives, successors and assigns.

**Notice to the Assignee.** The assignee receiving or acquiring this Contract shall be subject, under equal conditions, to any claim or defense that the Buyer may initiate against the Creditor. The assignee of the Contract shall be entitled to file against the Creditor all the claims and defenses that the Buyer may raise against the Creditor of the goods and the services.

**No Prepayment Penalty.** Buyer understands that the obligations under this Contract may be prepaid in whole or in part at any time, without premium or penalty. Buyer may contact HFD at 877-874-3877 or 1201 24th Street, Suite #B-200, Bakersfield CA, 93301, to obtain a current statement of the balance that is due and owing.

**Default by Buyer.** Subject to any requirements or restrictions of applicable law: (i) the breach of any term of this Contract by Buyer, (ii) the cancellation of Buyer's automatic monthly payment authorization and failure to substitute another form of payment, or (iii) the failure to make any payment in full or on a timely basis as required herein, shall constitute a default. Upon such default the entire unpaid balance shall become immediately due and payable; Buyer agrees to pay all costs and expenses incurred by HFD and/or Provider as the result of such default, including costs and expenses of collection (including without limitation the costs of HFD servicing on behalf of Provider) and reasonable attorneys' fees.

**Governing Law**. The validity, interpretation, and enforcement of this Contract and its terms and conditions shall be interpreted and governed under the laws of the State of California

**ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER**

**RETAIL INSTALLMENT CREDIT SALE CONTRACT (CA)**                                                                      **PAGE 2 of 3**
758-001 49572.2

I/We have reviewed the Terms and Conditions of this Contract.  I/we understand that I/we am/are responsible for payment of any and all obligations under this Contract, and agree to the Terms and Conditions of this Contract.

Buyer Signature: ___*Arnold Navarro*_____   Date: _____, _____

Co-Buyer Signature:_____   Date: _____, _____

**Monthly Payment Using Bank Account**

Buyer authorizes HFD to initiate debit entries via the Automated Clearing House ("ACH") network or Debit Card for the checking account or savings account at the bank that Buyer has provided on this form.  This authorization permits HFD on behalf of Provider to charge the Monthly Payment Owed, any late fees, or returned item fees, as reflected on this Contract.  Buyer understands that Buyer has a right to receive written notice of all varying transfers at least 10 days before the scheduled date of transfer.  However, by signing below Buyer agrees that Buyer will only receive such notice if a transferred amount will be more than 25% greater than the amount of the immediately preceding transfer.  Buyer also authorizes HFD to resubmit any failed debit entry up to two (2) additional times prior to the next payment date. The authorization for debit entries shall remain in effect until Buyer has canceled it.  To stop a payment, Buyer must contact HFD in time for HFD to receive the request 7 business days or more before the payment is scheduled to be made.  If Buyer calls, HFD may also require Buyer to put Buyer's request in writing and get it to HFD within 14 days after Buyer's call.  Buyer understands and acknowledges that Buyer may terminate this authorization by notifying HFD in such time and manner as to afford HFD and the bank specified below a reasonable opportunity to act on it.  Buyer understands and agrees that, in the event of any returned item or failed debit entry, HFD will charge Buyer a Returned Item Fee of $25 on his/her next monthly payment, in addition to a Late Fee of $25.  For any returned item, HFD will also have the right to charge fees from the additional account listed below.  Buyer also understands that his/her bank may charge a fee for a returned item.

Depository Institution:_____ ABA Routing Number: _____

Account Number:   _____ Account Number: _____

Account Type:   ☐ Checking    ☐ Savings

Debit Card Type:   ☐ Visa    ☐ MasterCard    Card Number: _____

Name on the Card: _____

**Monthly Payment Using Credit Card**

Buyer authorizes HFD on behalf of Providerto directly charge the Monthly Payment owed, any late fees, or returned item fees on the credit card Buyer has provided.  This authorization will remain in effect until Buyer has canceled it.  Buyer understands and agrees that, in the event of any returned item or failed debit entry, HFD will charge Buyer a Returned Item Fee of $25 on his/her next monthly payment, in addition to a Late Fee of $25.  For any returned item, HFD will also have the right to charge fees from any additional account listed above.  Buyer also understands that his/her credit card company may charge a fee for a returned item.

Credit Card Type:   ☐ Visa    ☐ MasterCard    ☐ Discover    ☐ AMEX    Account Number:_____

Name on the Card: _____

**You must ACCEPT below to authorize automatic ongoing payments.**

Buyer Signature: ___*Arnold Navarro*_____   Date: _____, _____

Co-Buyer Signature:_____   Date: _____, _____

**RETAIL INSTALLMENT CREDIT SALE CONTRACT   (CA)**                                                                         **PAGE 3 of 3**
758-001 49572.2