# Exhibit 1

**The Grin Life**



AFFORDABILITY, GETTING STARTED, WHY SMILEDIRECTCLUB

# How much does Smile Direct Club cost?

You can learn more about our aligner pricing by visiting our *pricing* page.

### How much does Smile Direct Club really cost?

**SmileDirectClub costs $1950** when paid in total, up front. However, you can also choose SmilePay™ which is a $250 down payment and $85 a month for 24 months. We gladly **accept HSA, FSA, and CareCredit.** As of November 2020, SmileDirectClub is in network with *UnitedHealthCare*, Aetna, *Anthem Blue Cross*, *Anthem Blue Cross and Blue Shield*, and *Empire BlueCross BlueShield*. We're always adding new insurance partners, so be sure to check out our *insurance page*.

Did we mention our aligners are 60% less than braces? Seriously. We even offer two payment methods, making your wallet smile even more so see below for more info on our two payment methods:

- **Single Pay:** You'll make a one-time payment of $1950. This cost is the same regardless of the length of your smile plan. Your custom clear aligners will be shipped to you all at once. You'll also receive free **bright on** premium teeth whitening.
- **SmilePay™:** Get started with a $250 down payment – no credit check and 100% approval. You'll pay as low as $89 a month for 24 months. All your custom aligners will be shipped to you at once, and you'll receive free **bright on** premium teeth whitening.



**AM I A CANDIDATE?**

**The Grin Life**



With SmileDirectClub, you'll straighten your teeth monitored by dentists and orthodontists, completely from the comfort of your own home. How's that for putting a smile on your face?
Read on as we break down the total cost of SmileDirectClub.

## How much does an impression kit cost?

Our impression kit retails at $59 and is a super easy and convenient way to get started. It's also risk-free and cheaper than the cost of most doctor's office visits. Talk about a win-win.When you order, we'll send the kit to you with free overnight shipping. With our Smile Guarantee, if our dentists and orthodontists determine our aligners aren't a good fit for you, you'll get your money back.

**ORDER KIT**

PREVIOUS ARTICLE

NEXT ARTICLE



## How much does a 3D scan cost?

Live near one of 100+ SmileShops across the United States? Schedule a free 30-minute visit for a 3D image of your teeth. You'll also receive our **bright on™** LED light and whitening pen. Yep, totally free.

Visiting a SmileShop is faster than an impression kit because you won't have to mail anything back. You'll love meeting our team and seeing firsthand the cutting-edge scanning technology we use to build your new smile. No impressions necessary.

**FIND A SMILESHOP**



**AM I A CANDIDATE?**

**The Grin Life**



**How much do retainers cost?**

Once you've finished your smile plan, you'll want to invest in retainers. Retainers prevent your smile from shifting back to where it was before you started wearing aligners. Our clear retainers are custom-fit and totally discreet. Each set costs $99 and lasts up to 6 months. Give our Customer Care team a call to order your retainers a few weeks before you finish your smile plan.

**How much does bright on premium teeth whitening cost?**

Our **bright on** premium whitening is a full system of teeth whitening to get your teeth to their whitest white. The **bright on** system includes a whitening gel pen and LED accelerator light that plugs into your phone and helps intensify the whitening process.

The formula is powerful yet safe enough for the most sensitive teeth. You'll receive **bright on** with your SmileShop visit and aligner purchase. You can also stock up on bright on by heading to our website.

**Ready for a straighter, brighter smile? Get started today with our free 30-second Smile Assessment!**

PREVIOUS ARTICLE

NEXT ARTICLE

**SEE IF YOU'RE A CANDIDATE**



## Join the Club

Get started now with our free and easy Smile Assessment.

**LET'S DO THIS**



FAQ   How It Works   Results   Locations   Am I A Candidate?





**AM I A CANDIDATE?**

© 2022 SmileDirectClub. All Rights Reserved true.smiledirectclub.com/blog/how-much-does-smiledirectclub-cost/.

