Krista Enns (SBN: 206430)
Benesch, Friedlander, Coplan & Aronoff LLP
3100 Pine Street, Suite 100
San Francisco, CA 94111
Telephone:    628-600-2250
kenns@beneschlaw.com

Michael Dominic Meuti (SBN: 227939)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone:    216.363.4500
Facsimile:    216.363.4588
mmeuti@beneschlaw.com

Erin N. Baldwin (*Pro Hac Vice forthcoming*)
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street, Suite 2600
Columbus, OH 43215-6164
Telephone:    614.223.9300
Facsimile:    614.223.9330
enbaldwin@beneschlaw.com

*Attorneys for Defendants SmileDirectClub, Inc., SmileDirectClub, LLC., and Jeffrey Sulitzer*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| ARNOLD NAVARRO, *on behalf of himself and others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC.;<br>SMILEDIRECTCLUB, LLC;<br>JEFFREY SULITZER; DOES 1–10<br><br>Defendants. | **CASE NO. 3:22-CV-00095-WHO**<br><br>**DECLARATION OF MICHAEL D. MEUTI IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

**DECLARATION OF MICHAEL D. MEUTI:**

I, Michael D. Meuti, declare as follows:

1. I am a member in good standing of the State Bar of California, a member in good standing of the bar of this Court, and a partner at Benesch, Friedlander, Coplan & Aronoff, LLP, attorneys representing Defendants in the above-captioned case. I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, could and would testify

1  competently thereto.

2      2.    On May 6, 2022, I accessed SmileDirectClub's current aligner-kit checkout page at https:// https://smiledirectclub.com/checkout/ That URL represents the first page of SDC's checkout page, as depicted in Exhibit 1 to the Supplemental Skinner Declaration. I used the Microsoft Edge browser on a laptop computer to access that URL and all other websites identified in this Declaration.

    3.    On the same day, I also accessed the Wayback Machine, a website that archives certain internet webpages, at https://web.archive.org. I used the Wayback Machine's search function to search for archived pages of https://smiledirectclub.com/checkout/ on or around April 23, 2020.

    4.    That search revealed archived pages of https://smiledirectclub.com/checkout/ dated January 26, 2020, and June 18, 2020. Those were the two dates closest to April 23, 2020, that contained archived pages of https://smiledirectclub.com/checkout/ .

    5.    Exhibit 1 to this Declaration is a true and correct screen shot of the January 26, 2020, archive of https://smiledirectclub.com/checkout/ , as contained in the Wayback Machine. I used the Windows Snipping Tool to take that screen shot and all other screen shots referenced in this Declaration.

    6.    Exhibit 2 to this Declaration consists of true and correct copies three screen shots of the January 26, 2020 archive of https://smiledirectclub.com/checkout/ , as contained in the Wayback Machine—one for each column on that webpage. I took these additional screenshots to provide larger images of the text that appeared on the archived webpage than was possible in Exhibit 1, in light of page-size limitations.

    7.    Exhibit 3 to this Declaration is a true and correct screen shot of the June 18, 2020 archive of https://smiledirectclub.com/checkout/ , as contained in the Wayback Machine.

    8.    Exhibit 4 to this Declaration consists of true and correct copies three screen shots of the June 18, 2020 archive of https://smiledirectclub.com/checkout/ , as contained in the Wayback Machine—one for each column on that webpage. As with Exhibit 2, I took these additional

screenshots to provide larger images of the text that appeared on the archived webpage than was possible in Exhibit 3, in light of page-size limitations.

9. When I accessed the January 26, 2020 and June 18, 2020 archived versions of https://smiledirectclub.com/checkout/ , I was not able to progress through the checkout process, as the archived webpages lack the "Continue" button at the bottom of the first screen's right-most column.

10. I tried to identify a specific URL for the checkout process's second screen. When I progressed to the second screen on the currently "live" version of https://smiledirectclub.com/checkout/ , my browser revealed the same URL as in the first screen, which prevents me from identifying archives of the second checkout screen in the Wayback Machine.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: May 6, 2022                    /s/Michael D. Meuti
                                     Michael D. Meuti (SBN: 227939)