Krista Enns (SBN: 206430)
Benesch, Friedlander, Coplan & Aronoff LLP
3100 Pine Street, Suite 100
San Francisco, CA 94111
Telephone:    628-600-2250
kenns@beneschlaw.com

Michael Dominic Meuti (SBN: 227939)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone:    216.363.4500
Facsimile:    216.363.4588
mmeuti@beneschlaw.com

Erin N. Baldwin (*Pro Hac Vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street, Suite 2600
Columbus, OH 43215-6164
Telephone:    614.223.9300
Facsimile:    614.223.9330
enbaldwin@beneschlaw.com

*Attorneys for Defendants SmileDirectClub, Inc., SmileDirectClub, LLC., Jeffrey Sulitzer, and Jeffrey Sulitzer D.M.D. P.C.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD NAVARRO, *on behalf of himself and others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC.;<br>SMILEDIRECTCLUB, LLC;<br>JEFFREY SULITZER; DOES 1–10<br><br>Defendants. | **CASE NO. 3:22-CV-00095-WHO**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT UNDER L.R. 6-2** |

Pursuant to Civil Local Rule 6-2(a), Plaintiff Arnold Navarro ("Plaintiff") and Defendant Jeffrey Sulitzer D.M.D. P.C. ("Sulitzer P.C."), through their respective attorneys, hereby stipulate subject to approval of the Court as follows:

**WHEREAS**, on March 23, 2022, the Court ordered that Defendants SmileDirectClub, Inc.; SmileDirectClub, LLC; and Dr. Jeffrey Sulitzer's deadline to file an Answer or a motion directed at the First Amended Complaint will be 21 days after the Court issues an order resolving Defendants' pending Motion to Compel Arbitration [ECF #34];

**WHEREAS**, on April 15, 2022 the Court granted Plaintiff's motion to amend the Complaint to add Sulitzer P.C. as a Defendant [ECF #46];

**WHEREAS**, the parties have agreed that the deadline for Sulitzer P.C. to file an Answer or motion directed at the First Amended Complaint will be the same as the other Defendants' deadline;

**WHEREAS**, the parties believe that the amended schedule will preserve both judicial and party resources.

Pursuant to Local Rule 6-2, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Sulitzer P.C. to file an Answer or motion directed at the First Amended Complaint will be the same as the other Defendants' deadline.

Dated: May 16, 2022

/s/ *Michael D. Meuti*
Michael Dominic Meuti (SBN: 227939)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH  44114-2378
Telephone:   216.363.4500
Facsimile:    216.363.4588
mmeuti@beneschlaw.com

Krista Enns (SBN: 206430)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA  94111
Telephone: 628.600.2250
kenns@beneschlaw.com

-and-

Erin N. Baldwin (*Pro Hac Vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street, Suite 2600
Columbus, OH 43215-6164
Telephone:    614.223.9300
Facsimile:    614.223.9330
enbaldwin@beneschlaw.com

*Attorneys for Defendants SmileDirectClub, Inc.; SmileDirectClub, LLC; Jeffrey Sulitzer; and Jeffrey Sulitzer D.M.D. P.C.*

DATED: May 16, 2022                /s/ *Blake J. Lindemann (w/ permission)*

Blake J. Lindemann
California Bar No. 255747
E-mail:  blake@lawbl.com
Donna R. Dishbak
California Bar No. 259311
E-mail:  donna@lawbl.com
**LINDEMANN LAW FIRM, APC**
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone No: 310-279-5269
Facsimile No: 310-300-0267

*Attorneys for Plaintiff and the Proposed Classes*

I, Michael Meuti, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order to Extend Time to Respond to First Amended Complaint.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Blake J. Lindemann has concurred in this filing.

Dated: May 16, 2022
                /s/    *Michael D. Meuti*
                 Michael Dominic Meuti (SBN: 227939)
                BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
                200 Public Square, Suite 2300
                Cleveland, OH  44114
                Telephone: 216.363.6246
                mmeuti@beneschlaw.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____
                                                                **District Judge William H. Orrick**