Krista Enns (SBN: 206430)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone:   628-600-2250
kenns@beneschlaw.com

Michael Dominic Meuti (SBN: 227939)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone:   216.363.4500
Facsimile:   216.363.4588
mmeuti@beneschlaw.com

Erin N. Baldwin (*Pro Hac Vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street, Suite 2600
Columbus, OH 43215-6164
Telephone:   614.223.9300
Facsimile:   614.223.9330
enbaldwin@beneschlaw.com

*Attorneys for Defendants SmileDirectClub, Inc., SmileDirectClub, LLC., Jeffrey Sulitzer, and Sulitzer, P.C.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARNOLD NAVARRO, *on behalf of himself and others similarly situated* <br><br> Plaintiff, <br><br> v. <br><br> SMILEDIRECTCLUB, INC.; SMILEDIRECTCLUB, LLC; JEFFREY SULITZER; DOES 1–10 <br><br> Defendants. | **CASE NO. 3:22-CV-00095-WHO** <br><br> **SUBSTITUTION OF ATTORNEY AND NOTICE OF APPEARANCE** |

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:

2  PLEASE TAKE NOTICE that Erin N. Baldwin of Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch"), 41 South High Street, Suite 2600, Columbus, Ohio hereby withdraws as counsel for Defendants SmileDirectClub, Inc., SmileDirectClub, LLC, Dr. Jeffrey Sulitzer, and Sulitzer P.C. ("Defendants") in the above-captioned matter.  Attorney Sydney E. Allen of Benesch, Friedlander, Coplan & Aronoff LLP, 100 Pine Street, Suite 3100, San Francisco, California 94111, hereby appears as attorney of record on behalf of Defendants in this action.  I am a member in good standing of the bar of the Supreme Court of the State of California and am admitted to practice before this Court.

Defendants request that all notices, including all electronic notices, give or required to be given, and all papers filed or served, or required to be served in the above captioned matter be provided to and served upon counsel for the Defendants at the address set forth below:

>   Sydney E. Allen
>   Benesch, Friedlander, Coplan & Aronoff LLP
>   100 Pine Street, Suite 3100
>   San Francisco, CA  94111
>   Telephone:     628-600-2250
>   Facsimile:     628-221-5828
>   seallen@beneschlaw.com

Dated:  September 7, 2022                Respectfully submitted,

/s/  Sydney E. Allen

>   Krista Enns (SBN: 206430)
>   Sydney E. Allen (SBN: 315407)
>   Benesch, Friedlander, Coplan & Aronoff LLP
>   100 Pine Street, Suite 3100
>   San Francisco, CA  94111
>   Telephone:     628-600-2250
>   kenns@beneschlaw.com
>   seallen@beneschlaw.com
>
>   Michael Dominic Meuti (SBN:  227939)
>   Benesch, Friedlander, Coplan & Aronoff LLP
>   200 Public Square, Suite 2300
>   Cleveland, OH  44114-2378
>   Telephone:     216.363.4500
>   Facsimile:     216.363.4588

mmeuti@beneschlaw.com

*Attorney for Defendants SmileDirectClub, Inc.; SmileDirectClub, LLC; Dr. Jeffrey Sulitzer; and Sulitzer, P.C.*