UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.  *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| 1a. Contact Person for this Order | Nataly Grande | 2a. Contact Phone Number | (310) 279-5269 | 3a. Contact E-mail Address | nataly@lawbl.com |
| --- | --- | --- | --- | --- | --- |
| 1b. Attorney Name (if different) | Blake J. Lindemann | 2b. Attorney Phone Number | (310) 279-5269 | 3b. Attorney E-mail Address | blake@lawbl.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

LINDEMANN LAW FIRM
Blake J. Lindemann, Esq.
9777 Wilshire Blvd., 4th Floor
Beverly Hills, CA 90212

| 5. Name & Role of Party Represented | Arnold Navarro |
| --- | --- |
| 6. Case Name | Arnold Navarro v. SmileDirectClub, Inc. et al |

| 7a. District Court Case Number | 3:22-cv-00095-WHO | 7b. Appeals Court Case Number | |
| --- | --- | --- | --- |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:   Ronelle Corbey

**9. THIS TRANSCRIPT ORDER IS FOR:**   ☐ Appeal ☐ Non-Appeal   ☐ Criminal ☐ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type:

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4/13/2022 | Hon. William H. Orrick | Motion to Remand Case to Alameda Superior Court/ Motion to Compel Arbitration | ● | ○ | ○ | ○ | ○ | ○ | ○ _____ | 14-Day ▼ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |

b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)*
c. *(Provide release date of efiled transcript, or check to certify none yet on file.)*
d. *(One per line, but check with court reporter before choosing any type but "ordinary.")*

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date  05/30/2023     Signature  /s/ Blake J. Lindemann

G-120 (06/18)